UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BURVIN STEVENSON,

    Plaintiff,

v.

                              File no: 2:08-CV-79

                              HON. ROBERT HOLMES BELL

GEORGE PRAMSTALLER, et al.,

    Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. (Dkt. No. 46.) The Report and Recommendation issued on February 18, 2009, and was duly served on the parties. No objections have been filed.

Accordingly, the Report and Recommendation is hereby **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed by Defendants K. Hauglie, George Pramstaller, Jennifer Granholm, and Patricia L. Caruso (Dkt. No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendants Craig Hutchinson, Correctional Medical Services, Inc., and Penny Rodgers (Dkt. No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants Hauglie, Pramstaller, Granholm, and Caruso.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Hutchinson, Correctional Medical Services, Inc., and Rodgers are **DISMISSED** without prejudice.


Dated:  July 31, 2008              /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE